**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| GREGORY SHEHEE, | ) | NO. CV 08-2277-JHN(E) |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JUDGMENT |
| | ) | |
| LEE BACA, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

IT IS ADJUDGED that the action is dismissed without prejudice.


DATED:  March 9, 2010


_____
JACQUELINE HONG-NGOC NGUYEN
UNITED STATES DISTRICT JUDGE